■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DES D. HOLLIS, Appellant. [805 NYS2d 897]—Appeal from a judgment of the Erie County Court (Michael F. Pietruszka, J.), rendered January 12, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Martoche, Smith, Pine and Hayes, JJ.